# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                  §
                                        §
HERNANDEZ-CEBALLOS, OTONIEL             §        Case No. 08-30232 HRT
HERNANDEZ, VERONICA M                   §
                                        §
              Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

M. STEPHEN PETERS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/M. STEPHEN PETERS, TRUSTEE _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ONTONIEL HERNANDEZ AND |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Homeq Attn: Bankruptcy Department 1100 Corporate Center Raleigh, NC 27607 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| M. STEPHEN PETERS | | | | | |
| M. STEPHEN PETERS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A F S/C C 3300 S Parker Rd Ste 330 Aurora, CO 80014 | | | | | |
| Afni, Inc. Attn: DP Recovery Support Po Box 3427 Bloomington, IL 61702 | | | | | |
| American Agencies PO Box 2829 Torrance, CA 90509-2829 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| Citifinancial Regional Specific please call 800-922-62 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citifinancial Retail Services Po Box 140489 Irving, TX 75014 | | | | | |
| Comcast Communications PO Box 34878 Seattle, WA 98124-1878 | | | | | |
| Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| Credit Collection Services 2 Wells Ave. Dept 9134 Newton Center, MA 02459 | | | | | |
| Credit Protect Assoc. Po Box 802068 Dallas, TX 75380 | | | | | |
| Disney Movie Club PO Box 758 Neenah, WI 54957-0758 | | | | | |
| Dsnb Macys Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| Furn/cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| G M A C Po Box 12699 Glendale, AZ 85318 | | | | | |
| GEMB / Mervyns Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GEMB / Old Navy Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| GEMB / Walmart Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| Gemb/care Credit Po Box 981439 El Paso, TX 79998 | | | | | |
| JC Penney Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| Lane Bryant Po Box 182273 Columbus, OH 43218 | | | | | |
| Litton Loan Servicing Attention: Bankruptcy 4828 Loop Central Drive Houston, TX 77081 | | | | | |
| New Century Mortgage C 210 Commerce Irvine, CA 92602 | | | | | |
| Ocwen Federal Bank 12650 Ingenuity Dr. Orlando, FL 32826 | | | | | |
| Target Po Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | | | | |
| Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | | | | |
| Wells Fargo Bank West Po Box 94435 Albuquerque, NM 87199 | | | | | |
| Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA,N.A | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| QWEST CORPORATION | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| WELLS FARGO BANK, N.A. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 08-30232   HRT   Judge: HOWARD TALLMAN |
| Case Name: | HERNANDEZ-CEBALLOS, OTONIEL |
| | HERNANDEZ, VERONICA M |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/18/08 (f) |
| 341(a) Meeting Date: | 01/23/09 |
| Claims Bar Date: | 04/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown |
| 2. Real Estate located at 3875 S Halifax St, Aurora C | 184,000.00 | 0.00 | | | FA |
| 3. Checking account with Wells Fargo | 66.00 | 17.00 | | 17.00 | FA |
| 4. Miscellaneous used household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous books, tapes, CD's, etc. | 100.00 | 0.00 | | 0.00 | FA |
| 6. Personal used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401k through employer | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1995 Dodge Van 326,035 Value based on NADA | 3,750.00 | 0.00 | | 0.00 | FA |
| 11. 2008 US REFUND (u) ESTATE'S SHARE OF REFUND =- $2556.  $106 OVERPAYMENT REFUNDED TO DEBTORS | 0.00 | 2,556.00 | | 2,662.00 | FA |
| 12. 2008 CO REFUND (u) | 0.00 | 11.00 | | 11.00 | FA |
| 13. NON EX WAGES (u) | 0.00 | 317.00 | | 317.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $190,016.00 | $2,901.00 | $3,007.37 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/01/09          Current Projected Date of Final Report (TFR): 05/01/09

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-30232 -HRT |
| Case Name: | HERNANDEZ-CEBALLOS, OTONIEL |
| | HERNANDEZ, VERONICA M |
| Taxpayer ID No: | *******7774 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2103  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/09 | 3, 13 | DEBTOR | NON EX WAGE | 1229-000 | 167.00 | | 167.00 |
| 03/16/09 | 12 | DEBTOR | 2008 CO REFUND | 1224-000 | 11.00 | | 178.00 |
| 03/16/09 | 13 | DEBTOR | NON EX WAGES | 1229-000 | 167.00 | | 345.00 |
| 04/13/09 | 11 | Internal Revenue Service<br>600 17th St.<br>M.S. 5028 DEN<br>DENVER, CO 80202 | 2008 US REFUND | 1224-000 | 2,662.00 | | 3,007.00 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 3,007.04 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,007.11 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,007.19 |
| 06/30/09 | 000101 | ONTONIEL HERNANDEZ AND<br>VERONICA HERNANDEZ<br>3875 S. HALIFAX ST.<br>AURORA, CO 80013 | exempt share of refund | 8100-002 | | 106.00 | 2,901.19 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,901.26 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,901.33 |
| 09/21/09 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 2,901.37 |
| 09/21/09 | | Transfer to Acct #*******8730 | Final Posting Transfer | 9999-000 | | 2,901.37 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,007.37 | 3,007.37 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 2,901.37 | |
| Subtotal | | 3,007.37 | 106.00 | |
| Less:  Payments to Debtors | | | 106.00 | |
| Net | | 3,007.37 | 0.00 | |

Page Subtotals          3,007.37          3,007.37

Ver: 15.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-30232 -HRT | |
| Case Name: | HERNANDEZ-CEBALLOS, OTONIEL | |
| | HERNANDEZ, VERONICA M | |
| Taxpayer ID No: | *******7774 | |
| For Period Ending: | 02/15/10 | |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8730  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/09 | | Transfer from Acct #*******2103 | Transfer In From MMA Account | 9999-000 | 2,901.37 | | 2,901.37 |
| 09/21/09 | 000101 | M. STEPHEN PETERS | Chapter 7 Compensation/Fees | 2100-000 | | 725.34 | 2,176.03 |
| | | 5310 WARD RD. | | | | | |
| | | SUITE G-07 | | | | | |
| | | ARVADA, CO  80002 | | | | | |
| 09/21/09 | 000102 | M. STEPHEN PETERS | Chapter 7 Expenses | 2200-000 | | 61.94 | 2,114.09 |
| | | 5310 WARD RD. | | | | | |
| | | SUITE G-07 | | | | | |
| | | ARVADA, CO  80002 | | | | | |
| 09/21/09 | 000103 | Roundup Funding, LLC | Claim 000001, Payment 7.81424% | 7100-000 | | 35.79 | 2,078.30 |
| | | MS 550 | #1865 | | | | |
| | | PO Box 91121 | | | | | |
| | | Seattle, WA 98111-9221 | | | | | |
| 09/21/09 | 000104 | Recovery Management Systems Corporation | Claim 000002, Payment 7.81518% | 7100-000 | | 76.18 | 2,002.12 |
| | | For GE Money Bank | #xxx3968 | | | | |
| | | dba AMERICAN CAR CARE/GEMB | | | | | |
| | | 25 SE 2nd Ave Ste 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 09/21/09 | 000105 | Wells Fargo Bank, N.A. | Claim 000003, Payment 7.81505% | 7100-000 | | 502.10 | 1,500.02 |
| | | c/o Wells Fargo Card Services | #xxx7544 | | | | |
| | | Recovery Department | | | | | |
| | | P.O. Box 9210 | | | | | |
| | | Des Moines, IA 50306 | | | | | |
| 09/21/09 | 000106 | CHASE BANK USA | Claim 000004, Payment 7.81492% | 7100-000 | | 277.20 | 1,222.82 |
| | | C O WEINSTEIN AND RILEY, PS | #xxx7830 | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 09/21/09 | 000107 | PYOD LLC its successors and assigns as assignee of | Claim 000005, Payment 7.81481% | 7100-000 | | 35.43 | 1,187.39 |
| | | Citibank | #xxx9716 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 2,901.37 | 1,713.98 |

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 08-30232 -HRT | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|---|---|
| Case Name: | HERNANDEZ-CEBALLOS, OTONIEL | Bank Name: | BANK OF AMERICA |
| | HERNANDEZ, VERONICA M | Account Number / CD #: | *******8730  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7774 | | |
| For Period Ending: | 02/15/10 | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/21/09 | 000108 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000006, Payment 7.81499%<br>#xxx4151 | 7100-000 | | 307.10 | 880.29 |
| * | 09/21/09 | 000109 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000007, Payment 7.81513%<br>#xxx0686 | 7100-004 | | 566.41 | 313.88 |
| | 09/21/09 | 000110 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000009, Payment 7.81469%<br>#xxx6191 | 7100-000 | | 102.36 | 211.52 |
| | 09/21/09 | 000111 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000010, Payment 7.81473%<br>#xxx7147 | 7100-000 | | 97.91 | 113.61 |
| | 09/21/09 | 000112 | eCAST Settlement Corporation assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 7.81519%<br>#xxx3638 | 7100-000 | | 64.04 | 49.57 |
| | 09/21/09 | 000113 | eCAST Settlement Corporation assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480 | Claim 000012, Payment 7.81596%<br>#xxx9112 | 7100-000 | | 44.88 | 4.69 |

Page Subtotals          0.00          1,182.70

Ver: 15.06b

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-30232 -HRT | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Case Name: | HERNANDEZ-CEBALLOS, OTONIEL | Bank Name: | BANK OF AMERICA |
| | HERNANDEZ, VERONICA M | Account Number / CD #: | *******8730  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7774 | | |
| For Period Ending: | 02/15/10 | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/09 | 000114 | Newark NJ 07193-5480<br>United States Bankruptcy Court<br>CO | Claim 000013, Payment 7.81797%<br>Qwest Corporation<br>1801 California St Rm 900<br>Attn: Jane Frey<br>Denver CO 80202<br><br>#xxx5733 | 7100-000 | | 4.69 | 0.00 |
| 01/23/10 | 000115 | CLERK OF THE BANKRUPTCY COURT<br>1ST FLOOR<br>721 19TH ST.<br>DENVER, CO 80202 | UNCLAIMED FUNDS | 7100-000 | | 566.41 | -566.41 |
| * 01/25/10 | 000109 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -566.41 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,901.37 | 2,901.37 | 0.00 |
| Less:  Bank Transfers/CD's | 2,901.37 | 0.00 | |
| Subtotal | 0.00 | 2,901.37 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,901.37 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2103 | 3,007.37 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********8730 | 0.00 | 2,901.37 | 0.00 |
| | 3,007.37 | 2,901.37 | 0.00 |

Page Subtotals: 0.00    4.69

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-30232 -HRT | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|---|---|
| Case Name: | HERNANDEZ-CEBALLOS, OTONIEL | Bank Name: | BANK OF AMERICA |
| | HERNANDEZ, VERONICA M | Account Number / CD #: | *******8730  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7774 | | |
| For Period Ending: | 02/15/10 | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 15.06b