# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: )
)  Case No. 08-30232-HRT
Otoniel Hernandez-Ceballos and )
Veronica M. Hernandez )  Chapter 7
)
**Debtor(s).** )

### Request for Claims
### Deposited into the U. S. Treasury Registry Account

**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR**
**AND MUST BE SUBMITTED BY WRITTEN REQUEST**

\_\_\_\_\_ The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

\_\_\_\_\_ Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓ Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

The Affidavit of Claimant for Latoya McDowell on behalf of Resurgent Capital, LP is not sufficient. Affidavit of Claimant must state that Resurgent Capital, LP is the true and correct owner of the funds.

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated 6/12/2014

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Andy Griffin
Financial Specialist
Cob_Unclaimedfunds@cob.uscourts.gov