United States Bankruptcy Court
District of Colorado

In re:  
Otoniel Hernandez-Ceballos  
Veronica M Hernandez  
      Debtors

Case No. 08-30232-HRT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: griffina    Page 1 of 1    Date Rcvd: Jun 12, 2014  
                      Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2014.
        +Dilks and Knopik, LLC,   35308 SE Center Street,   Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/PDF: resurgentbknotifications@resurgent.com Jun 12 2014 23:36:07
         Resurgent Capital Services, LP,   55 Beattie Place, Ste 110,   Greenville, SC  29601
                                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2014 at the address(es) listed below:
          James J. Pacifico    on behalf of Debtor Veronica M Hernandez jamesjPacifico@Aol.com,
            CourtNotice@LegalHelpers.com
          James J. Pacifico    on behalf of Debtor Otoniel  Hernandez-Ceballos jamesjPacifico@Aol.com,
            CourtNotice@LegalHelpers.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                                   TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Otoniel Hernandez-Ceballos and<br>Veronica M. Hernandez<br><br>   Debtor(s). | Case No. 08-30232-HRT<br><br>Chapter 7 |

### Request for Claims
### Deposited into the U. S. Treasury Registry Account

**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR
AND MUST BE SUBMITTED BY WRITTEN REQUEST**

_____  The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

_____  Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓  Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

The Affidavit of Claimant for Latoya McDowell on behalf of Resurgent Capital, LP is not sufficient. Affidavit of Claimant must state that Resurgent Capital, LP is the true and correct owner of the funds.

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated 6/12/2014

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Andy Griffin
Financial Specialist
Cob_Unclaimedfunds@cob.uscourts.gov